UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMECERTAIN, LLC,

    Plaintiff,

v.                                           CASE NO: 8:05-cv-1559-T-23EAJ

AUTHENTIDATE HOLDING CORP., et al.,

    Defendants.
_____/

## **ORDER**

The parties' joint stipulation of dismissal without prejudice (Doc. 58) is **APPROVED** and the plaintiff's claims against nCipher, Inc. ("nCipher") and nCipher's counterclaims against the plaintiff are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees. Accordingly, nCipher is **DISMISSED** as a part to this case.

ORDERED in Tampa, Florida, on August 8, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy