UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMECERTAIN, LLC,

    Plaintiff,

v.                                             CASE NO: 8:05-cv-1559-T-23EAJ

AUTHENTIDATE HOLDING CORP., et al.,

    Defendants.
_____/

**ORDER**

    The parties' joint motion for dismissal with prejudice (Doc. 106) is **GRANTED**. Accordingly, this action (including all claims and counterclaims) is **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate any pending motion and close the case. The court declines to retain jurisdiction to enforce the parties' independently negotiated settlement agreement. See Kokkonen v. Guardian Life Ins. Co. Of Am., 511 U.S. 375 (1994).

    ORDERED in Tampa, Florida, on February 26, 2007.

                                                        STEVEN D. MERRYDAY
                                                        UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
        Courtroom Deputy